UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Eric FLORES-Velasquez,**<br><br>Defendant | Magistrate Docket No. **'08 MJ 0038**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **January 4, 2008** within the Southern District of California, defendant, **Eric FLORES-Velasquez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF **JANUARY 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Eric FLORES-Velasquez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 4, 2008 Senior Patrol Agent B. Soto received a call from Detective Witholt of the Escondido Police Department. Detective Witholt had in custody, defendant Eric FLORES-Velasquez, whom he encountered while conducting gang intervention operations in Escondido, California near the intersection of Juniper Street and Washington Avenue. Records checks run by Detective Witholt revealed that defendant was a previously deported criminal alien and was currently in violation of parole. Agent Soto responded and contacted Detective Witholt when he arrived at the Escondido Police station. Detective Witholt directed Agent Soto to one of the holding cells where the defendant was being detained. Agent Soto identified himself to the defendant as a Border Patrol Agent and queried the defendant as to his immigration status. The defendant admitted that he was born in Mexico and that he was illegally present in the United States. At 7:00 PM Agent Soto took custody of the defendant and transported him to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 24, 2007 through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on January 05, 2008 at 10:00 a.m.

_____
Ismael A. canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 04, 2008, in violation of Title 8, United States Code, Section 1326.

_____        1/5/08  10:10 AM
Louisa S. Porter                         Date/Time
United States Magistrate Judge