1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5  Attorneys for Mr. Flores-Velasquez

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0173-MJL |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE HEARING |
| **ERICK FLORES-VELASQUEZ**, | |
| Defendant. | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Flores-Velasquez, along with Assistant United States Attorney Carla Bressler, that the sentencing hearing in the above-mentioned case should be continued from May 6, 2008 at 2:00 p.m. until May 12, 2008 at 2:00 p.m.

**SO STIPULATED.**

Dated: May 7, 2008          */s/ Shaffy Moeel*
                            SHAFFY MOEEL
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Mr. Flores-Velasquez

Dated: May 7, 2008          */s/ Carla Bressler*
                            CARLA BRESSLER
                            Assistant United States Attorney

08CR0173

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Carla Bressler**
Carla.Bressler@usdoj.gov

Dated: May 7, 2008

                                          */s/ Shaffy Moeel*
                                          SHAFFY MOEEL
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467 (tel)
                                          (619) 687-2666 (fax)
                                          e-mail: Shaffy_Moeel@fd.org