UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0173-L |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING HEARING |
| ERIC FLORES-VELASQUEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Flores-Velasquez, who is in custody, be continued from May 6, 2008 at 2:00 p.m. until May 12, 2008 at 2:00 p.m. as stipulated and agreed upon by all parties.

**IT IS SO ORDERED.**

DATED: May 14, 2008

_____
M. James Lorenz
United States District Court Judge